

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00425-CR

JAMES JOE BRIDGEFARMER, Appellant

§ On Appeal from Criminal District Court No. 1

§ of Tarrant County (1618320R)

V.

§ December 10, 2020

§ Memorandum Opinion by Justice Bassel

THE STATE OF TEXAS, Appellee

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgments as to Counts Six, Nine, and Twelve, and we acquit James Joe Bridgefarmer of those charges. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d). We affirm the judgments on Counts One, Four, Five, Seven, Eight, Ten, Eleven, and Thirteen.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Dabney Bassel
    Justice Dabney Bassel